# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00303-CV

**Rosa Ena Cantu, Appellant**

**v.**

**Southern Insurance Company and Steve Dollery, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 053-21, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. They state that they have reached a settlement in this case and that appellant Rosa Ena Cantu no longer wishes to pursue this appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Joint Motion

Filed: January 7, 2016